USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | | |
|---|---|---|
| YOVANNY DOMINGUEZ, *on behalf of all other persons similarly situated*, | : : : | |
| Plaintiff, | : | 1:19-cv-10816-GHW |
| -against- | : : | ORDER |
| CKE RESTAURANTS HOLDINGS, INC., | : : | |
| Defendant. | X | |

------------------------------------------------------------------

GREGORY H. WOODS, United States District Judge:

On April 24, 2020, the Court issued a memorandum opinion and order, granting Defendant's motion to dismiss Plaintiff's first amended complaint. Dkt. No. 27. The Court's order granted Plaintiff leave to file a second amended complaint within fifteen days. *Id.* at 3-4. Therefore, Plaintiff's second amended complaint was due no later than May 9, 2020. As of the date of this order, the Court has not received Plaintiff's second amended complaint.

Accordingly, the Clerk of Court is directed to enter judgment in favor of Defendant, terminate all pending motions, adjourn all deadlines, and to close this case.

SO ORDERED.

Dated: May 11, 2020

_____
GREGORY H. WOODS
United States District Judge