UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



-----------------------------------------------------------X

YOVANNY DOMINGUEZ, on behalf of all other persons similarly situated,

                  Plaintiff,

-against-

CKE RESTAURANTS HOLDINGS, INC.,

                  Defendant.

-----------------------------------------------------------X

19 CIVIL 10816 (GHW)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 11, 2021, the Court issued a memorandum opinion and order on April 24, 2020, granting Defendant's motion to dismiss Plaintiff's first amended complaint. Dkt. No. 27. The Court's order granted Plaintiff leave to file a second amended complaint within fifteen days. Therefore, Plaintiff's second amended complaint was due no later than May 9, 2020. As of the date of the order, the Court has not received Plaintiff's second amended complaint. Judgment is entered in favor of Defendant; accordingly, this case is closed.

**Dated:** New York, New York

       June 15, 2021

                                                  RUBY J. KRAJICK

                                                    Clerk of Court

BY:

                                                      **Deputy Clerk**